986 A.2d 676

IN THE MATTER OF THOMAS P. MONAHAN,
AN ATTORNEY AT LAW.

January 22, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–039, concluding that **THOMAS P. MONAHAN** of **GARFIELD,** who was admitted to the bar of this State in 1985, should be suspended from the practice of law for a period of three months for violating *RPC* 3.3(a)(1) (false statement of material fact or law to tribunal), and *RPC* 5.5(a)(1) (practicing law while ineligible for failure to pay the annual fee);

And the Court having determined from its review of the matter that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **THOMAS P. MONAHAN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.